ROSE RECIA GARCIA, Respondent, v. PILOT BUILDING CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice.

In the Matter of the Application of CHARLES T. McCARTHY for Reinstatement as an Attorney and Counselor at Law.— Motion for reinstatement denied, with leave to renew after the lapse of one year from the date of entry of the order on this application, upon notice to the Nassau County Bar Association. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors and Trustees, etc., of CHARLES ROSENBERG, Deceased.— Motion to restrain executors from selling real property denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LEEMOR REALTY CORPORATION and Another, Appellants, v. NATHANIEL TONKIN and Another, Respondents, Impleaded with CARLTON SUMMERFIELD ESTATES, INC., Appellant, and Another, Defendant.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NOD-AWAY COMPANY, INC., Appellant, v. ROBERT E. CARROLL, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

R. SPENCER PALMER, Respondent, v. THE NORTHERN ILLINOIS CEREAL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

DIEDRICK SCHEFFER, Respondent, v. JOHN H. PLATE, Appellant.— Motion for stay granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JAMES B. CARRIGER, Appellant, v. JOHN F. CLEAVELAND and Another, Respondents.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J,. Rich, Jaycox, Manning and Kelby, JJ., concur.

JACOB COHEN, Respondent, v. MORTON FREDERICK, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. The learned justice at Special Term had power to impose terms on opening the default, and there is nothing in the record presented to this court indicating that the terms are onerous, or that defendant cannot comply with them. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of HUMBERT BRANCACCIO, Appellant, for an Order Directing the Cancellation of a Certain Judgment or Transfer by Assignment. MAGDALENA SCHLESIGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HANNAH MIKLOSEWITZ, Respondent, v. JOHN J. CUNNINGHAM, Sued Herein as J. J. CUNNINGHAM, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

PETER MIKLOSEWITZ, Respondent, v. JOHN J. CUNNINGHAM, Sued Herein as J. J. CUNNINGHAM, Appellant.— Order denying motion to change place of trial